**Order entered April 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00247-CR

**CARSTEN HEDEMANN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1434917-R**

## ORDER

On April 11, 2019, the State filed its second motion for extension of time to file brief and tendered its appellee's brief in this case. We **GRANT** the motion and **ORDER** the brief filed as of the date of this order.

/s/    BILL WHITEHILL
       PRESIDING JUSTICE